UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-00117-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| DION LAMAR WILLIAMS (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon letter of the defendant pro se to alter his financial payments while incarcerated and for a sentence reduction under Amendment 829. (Doc. No. 114).

Apparently, the defendant is enrolled in the Inmate Financial Responsibility Program ("IFRP"). Participation in the IFRP is voluntary, and an inmate becomes eligible for certain benefits by his involvement in the program. 28 C.F.R. § 545.11 et seq. A team at a prison facility considers an inmate's financial information, monitors the amount of money in his trust account, and determines the required monthly payment for participation in the program.

Here, the Court ordered that payment of the defendant's criminal monetary penalties was due immediately and recommended participation in the IFRP. (Doc. No. 77: Judgment at 2, 6). In the motion, the defendant requests that the Court reduce his payments from $365 to $50 per month because of the burden on his family to help him pay. Assessment of the defendant's financial situation is most properly left to the discretion of the Bureau of Prisons. The defendant has the

1

choice of whether to remain in the program, or can challenge its execution through administrative remedies.

Additionally, the defendant believes he may be entitled to a sentence reduction based on Amendment 829, which authorizes a downward departure for youthful offenders. That Amendment is not designated as retroactive by the Commission in its policy statement, USSG §1B1.10(a)(1), (d) (2024). Thus, he is not entitled to relief.

**IT IS, THEREFORE, ORDERED**, that the defendant's requests to alter payments and reduce his sentence, (Doc. No. 114), are **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: January 6, 2025

Robert J. Conrad, Jr.
United States District Judge